IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FLEXCEL, INC., :
:
    Plaintiff, :
:
vs. : Civil Action No. AMD 02CV3825
:
LUI CORPORATION, *et al.*, :
:
    Defendants. :

CONSENT ORDER

Upon consideration of the Consent Motion to Extend Time to Respond To Defendants' Motion to Dismiss Or, In the Alternative, for Summary Judgment on Counts II and III, it is this 24th day of January, 2003,

ORDERED, that the said Consent Motion shall be, and it hereby is, granted; and it is further

ORDERED, that the time period for plaintiff to file its response to Defendants' Motion to Dismiss Or, In the Alternative, for Summary Judgment on Counts II and III, is hereby extended until up to and including February 3, 2003.

                                 United States District Judge

cc: All Counsel of Record

LAW OFFICES
THEODORE P. STEIN, P.C.
SUITE 200
51 MONROE STREET
ROCKVILLE, MD 20850
(301) 424-9377