IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FLEXCEL, INC., | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-3825 |
| | : | |
| LUI CORPORATION and JAMES | : | |
| CRYSTAL, | : | |
|    Defendants | : | |

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 21st day of April, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That the defendant's motion to dismiss is GRANTED AND COUNTS II AND III OF THE COMPLAINT AND ALL CLAIMS AGAINST JAMES CRYSTAL ARE DISMISSED WITH PREJUDICE; and it is further ORDERED

(2) That LUI Corporation shall file its answer to Count One of the Complaint on or before April 30, 2003; and it is further ORDERED

(3) That the Clerk TRANSMIT copies of this Order and the foregoing Memorandum to the attorneys of record.

                                                 /s/
                                      ANDRE M. DAVIS
                                      UNITED STATES DISTRICT JUDGE