LAW OFFICES
# THEODORE P. STEIN, P.C.

SUITE 1200

51 MONROE STREET

ROCKVILLE, MARYLAND 20850

(301) 424-9377

FACSIMILE (301) 424-9430

E-MAIL INFO@TSTEINLAW.COM

ADMITTED IN
MARYLAND & DC

OF COUNSEL
SOLOMON & MAGED, P.C.

May 15, 2003

The Honorable Andre M. Davis
United States District Judge
U.S. District Court
for the District of Maryland
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: Flexcel, Inc. v. LUI Corporation, *et al.*, Civil Action No. AMD 02-3825

Dear Judge Davis:

I represent the plaintiff, flexcel, Inc., in the above-referenced case. Pursuant to the Court's Scheduling Order, I submit this report on behalf of the plaintiff:

1. <u>Settlement/ADR conference</u>: Plaintiff requests an early settlement/ADR conference in this case.

2. <u>Depositions</u>: Plaintiff requests that each side be limited to 18 hours of depositions of fact witnesses (including parties).

3. <u>Proceedings before U.S. Magistrate Judge</u>: Although plaintiff consents to proceed before a United States Magistrate Judge, including trial by jury, there is not unanimous consent to proceed before a United States Magistrate Judge.

Very truly yours,

/s/

Theodore P. Stein

cc: James A. Dunbar, Esquire
    Daniel P. Moylan, Esquire