

**VENABLE, BAETJER AND HOWARD, LLP**
*Including professional corporations*

210 Allegheny Avenue
Towson, Maryland 21204
(410) 494-6200, Fax (410) 821-0147
www.venable.com

OFFICES IN

WASHINGTON, D.C.
MARYLAND
VIRGINIA

Writer's Direct Number:
410-494-6258

dpmoylan@venable.com

May 15, 2003

**VIA ELECTRONIC FILING**

The Honorable Andre M. Davis
United States District Court for
 the District of Maryland
Garmatz Courthouse - Room 510
101 W. Lombard Street
Baltimore, Maryland  21201

     Re:    *Flexcel, Inc. v. LUI Corporation, et al.*
              Civil Action No. AMD 02-3825

Dear Judge Davis:

     In accordance with the Court's May 2, 2003 Scheduling Order, I am writing on behalf of the Defendant, LUI Corporation ("LUI"), to advise you of its requests concerning early settlement proceedings, deposition hours, and proceeding before a United States Magistrate Judge.

     LUI requests an early settlement/ADR conference.  LUI concurs with this Court's recommendation that each party be allowed 18 hours deposition time for fact witnesses.  Finally, LUI does not consent to proceeding before a United States Magistrate Judge.

     Please call me if you have any questions or comments.

                          Sincerely yours,

                          /s/

                          Daniel P. Moylan

DPM/dwm
cc:    Theodore P. Stein, Esquire (*via electronic filing*)