# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**Flexcel, Inc.**               *
    **Plaintiff(s)**
                            *
    **vs.**                             **Civil No.: AMD-02-3825**
                            *    (Magistrate Judge Bredar)
**Lui Corporation**
    **Defendant(s)**   *

******

# ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable James K. Bredar, United States Magistrate Judge for said District, for the following purpose(s):

- ☐ For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.

- ☒ Settlement or other ADR conference. **(Early Settlement)**

- ☐ Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

- ☐ All discovery disputes.

- ☐ Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of a prisoner petition challenging conditions of confinement.

- ☐ Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255 made by individuals convicted of criminal offenses.

- ☐ Hearing (if necessary), proposed findings of fact, and recommendations as to dispositive pretrial matters as follows:

- ☐ Motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

U.S. District Court (Rev. 1/2000)

| | |
|---|---|
| ☐ | Specifically, _____ _____ . |
| ☐ | Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*: specifically, _____ _____ . |
| ☐ | Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or exceptional condition involved). |
| ☐ | Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633. |
| ☐ | Reviewing a default judgment. |
| ☐ | Other:_____ _____ . |

Date:    5/16/03                                   /S/_____
                                                    Andre M. Davis
                                                    United States District Judge