# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
**U.S. MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-0950**
**(410) 962-2985 FAX**

May 22, 2003

Theodore P. Stein, Esquire
Theodore P. Stein, PC
51 Monroe Street, Suite 1200
Rockville, Maryland   20850

Daniel Patrick Moylan, Esquire
Venable Baetjer and Howard, LLP
210 Allegheny Avenue
Towson, Maryland   21285-5517

Subject: *Flexcel, Inc. v. Lui Corporation*
Civil No. AMD-02-3825

Dear Counsel:

This letter is to confirm that the settlement conference in the above-captioned matter previously set for Monday, August 11, 2003, at 10:00 a.m. has been rescheduled at the request of counsel.  The new date is **Tuesday, August 19, 2003, at 10:00 a.m.** in my chambers, 8C United States Courthouse, 101 West Lombard Street, Baltimore, Maryland.  Your *ex parte* letter, as described in my letter of May 20, should arrive in chambers no later than Tuesday, August 12, 2003.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/

James K. Bredar
United States Magistrate Judge

JKB/cw
cc: The Hon. Andre M. Davis
Court file
Chambers file

U.S. District Court (Rev. 9/2001)