IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **FLEXCEL, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. AMD 02CV3825 |
| **LUI CORPORATION,** *et al.,* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Deadlines, it is this __8th__ day of September, 2003,

ORDERED, that all deadlines in the Scheduling Order in this case are hereby extended as follows:

| | |
|---|---|
| Discovery Deadline | 10/17/03 |
| Submission of Status Report | 10/17/03 |
| Requests for Admission | 10/24/03 |
| Dispositive Pretrial Motions | 11/17/03 |

/s/
_____
Judge Andre M. Davis
United States District Court Judge