IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **FLEXCEL, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. AMD 02CV3825 |
| **LUI CORPORATION,** *et al.,* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff, Flexcel, Inc. ("Flexcel"), by Theodore P. Stein, Esquire, with Theodore P. Stein P.C., its attorney, and Defendant, LUI Corporation ("LUI"), by Daniel P. Moylan and James A. Dunbar, with Venable LLP, its attorneys, pursuant to F.R.Civ.P. 6(b) and Local Rule 105, file this joint motion for extension of deadlines and state as follows:

1. The above-captioned action arises out of Flexcel's allegation that LUI, a furniture supplier, breached its contract with Flexcel for the manufacture and supply of furniture. Flexcel claims damages as a result of LUI's alleged failure to make payments to Flexcel under the terms of the contract.

2. LUI answered the Complaint and filed a counterclaim against Flexcel arising out of its alleged failure to manufacture and deliver furniture for LUI's customers on a timely basis.

3. The parties have entered into a written settlement agreement that is expected to resolve this dispute and result in the filing of a joint stipulation of dismissal. Nevertheless, the performance of all material terms of the settlement agreement, if

performance is timely, will not occur until on or about December 9, 2003. The parties would like to avoid the expense of further litigation, including but not limited to completion of discovery, in view of the fact that they believe the settlement reached will eliminate the need for further litigation. Nevertheless, the parties are not yet in a position to dismiss the case because performance of material terms of the settlement agreement will take place in the future. Therefore, the parties jointly request, by their undersigned counsel, that all deadlines now scheduled to occur on or before October 17, 2003, be postponed. The trial in this case, currently scheduled for March, 2004, will not be affected.

4. This Court's scheduling order, as modified by the Order of September 8, 2003, has established the following deadlines, among others:

| | |
|---|---|
| Discovery | 10/17/03 |
| Submission of Status Report | 10/17/03 |
| Requests for Admission | 10/24/03 |
| Dispositive Pretrial Motions | 11/17/03 |

5. The parties, through their counsel, have discussed extending these deadlines. They jointly propose extension as follows:

| | |
|---|---|
| Discovery | 12/19/03 |
| Submission of Status Report | 12/19/03 |
| Requests for Admission | 12/26/03 |
| Dispositive Pretrial Motions | 01/23/04 |

WHEREFORE, Plaintiff flexcel, Inc., and Defendant LUI Corporation respectfully request that this Honorable Court grant their Joint Motion for Extension of Deadlines.

| | |
|---|---|
| _____/s/_____ <br> Theodore P. Stein <br> Bar No. 05385 <br> 50 Monroe Street <br> Suite 1200 <br> Rockville, Maryland  20850 <br> (301) 424-9377 <br> (301) 424-9430 (fax) <br> <br> *Attorney for Plaintiff* <br> *flexcel, Inc.* | _____/s/_____ <br> James A. Dunbar <br> Bar No. 007392 <br> Daniel P. Moylan <br> Bar No. 024719 <br> Venable LLP <br> 210 Allegheny Avenue <br> P.O. Box 5517 <br> Towson, Maryland  21285-5517 <br> (410) 494-6200 <br> (410) 821-0147 (fax) <br> <br> *Attorneys for Defendants* <br> *LUI Corporation and James Crystal* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October, 2003, a copy of the parties' Joint Motion for Extension of Deadlines and proposed Order was served electronically on: Daniel P. Moylan, Esquire, Venable LLP, 210 Allegheny Avenue, P.O. Box 5517, Towson, Maryland  21285-5517, attorney for defendants LUI Corporation and James Crystal.

_____/s/_____
Theodore P. Stein