IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **FLEXCEL, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. AMD 02CV3825 |
| **LUI CORPORATION,** *et al.,* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion for Extension of Deadlines, it is this ____ day of October, 2003, by the U.S. District Court for the District of Maryland,

ORDERED, that the following deadlines in the Scheduling Order in this case are hereby extended as follows:

| | |
|---|---|
| Discovery | 12/19/03 |
| Submission of Status Report | 12/19/03 |
| Requests for Admission | 12/26/03 |
| Dispositive Pretrial Motions | 01/23/04 |

_____
Judge Andre M. Davis
United States District Court Judge

cc: Counsel of Record