IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| FLEXCEL, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. AMD 02-3825 |
| | : |
| LUI CORPORATION, *et al.*, | : |
| | : |
| Defendants. | : |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties to this action, by their undersigned counsel, stipulate that this action, including all claims set forth in the Complaint and Counterclaim, is hereby dismissed with prejudice as to all defendants and the counter-defendant.

THEODORE P. STEIN, P.C.

By: _____/s/_____
Theodore P. Stein
Bar No. 05385
51 Monroe Street
Suite 1200
Rockville, Maryland 20850
(301) 424-9377
Attorney for plaintiff flexcel, Inc.

**APPROVED**

/s/Andre M. Davis
United States District Judge
November 21, 2003

VENABLE LLP

By: _____/s/_____
Daniel P. Moylan
Bar No. 024719
210 Allegheny Avenue
P.O. Box 5517
Towson, Maryland 21285
(410) 494-6200
Attorneys for defendants LUI Corporation and James Crystal